HARRY R. ANNESS, Respondent, *v.* ROCHESTER RAILWAY COMPANY, Appellant.

*Anness* v. *Rochester Railway Co.*, 129 App. Div. 933, affirmed.
(Argued October 18, 1910; decided November 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*W. A. Matson* for appellant.

*George A. Carnahan* and *Elbridge L. Adams* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and CHASE, JJ.